University of Chicago, appellee, v. City of Chicago, appellant. Gen. Nos. 38,058 and 38,059.

Heard in the second division of this court for the first district at the April term, 1935. Affirmed in part, reversed in part and cause remanded with directions. Opinion filed June 29, 1937.

William H. Sexton, Corporation Counsel, and Arthur A. Sullivan, for appellant; Joseph F. Grossman, Assistant Corporation Counsel, and Tolman, Chandler & Dickinson, of counsel. Shannon, Morrill & Johnson, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Edward T. Blair, appellee, v. City of Chicago, appellant. Gen. No. 38,060.

Heard in the second division of this court for the first district at the April term, 1935. Affirmed in part, reversed in part and cause remanded with directions. Opinion filed June 29, 1937.

William H. Sexton, Corporation Counsel, and Arthur A. Sullivan, for appellant; Joseph F. Grossman, Assistant Corporation Counsel, and Tolman, Chandler & Dickinson, of counsel. Shannon, Morrill & Johnson, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Paul Gawzner, appellant, v. Herman R. Rosenbaum and David S. Komiss, appellees. Gen. No. 39,104.

Heard in the third division of this court for the first district at the October term, 1936. Opinion filed June 30, 1937. Rehearing denied July 12, 1937.

Ringer & Reinwald, for appellant; Philip E. Ringer and Morris Sostrin, of counsel. Marshall & Marshall, for appellees; Frank G. Marshall and David C. Grossman, of counsel.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.